JS-6

DANIEL R. SULLIVAN (State Bar No. 96740)
drs@sullivanballog.com
CARRIE A. STRINGHAM (State Bar No. 272731)
cas@sullivanballog.com
**SULLIVAN, BALLOG & WILLIAMS, LLP**
400 North Tustin Avenue, Suite 120
Santa Ana, California 92705
Telephone: (714) 541-2121
Facsimile: (714) 541-2120

Attorneys for Defendant, THE ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES, a corporation sole, on behalf of and for the benefit of Nativity Church, without prejudice as to Canon Law (erroneously sued and served as ARCHDIOCESE OF LOS ANGELES)

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALICE MENDOZA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ARCHDIOCESE OF LOS ANGELES, a nonprofit corporation; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. CV 13-2543-GW(MAN)x<br><br>Assigned To The Honorable George H. Wu in Courtroom 10<br><br>Assigned To Magistrate Judge Margaret A. Nagle for Discovery Purposes Only<br><br>**JUDGMENT** |

The Court in the above-captioned matter held a hearing on March 10, 2014 at 8:30 a.m. in Courtroom 10 wherein the Honorable George H. Wu heard additional oral arguments from counsel regarding the Motion of Defendant, THE ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES, a corporation sole, on behalf of and for the benefit of Nativity Church, without prejudice as to Canon Law (erroneously sued and served as ARCHDIOCESE OF LOS ANGELES) for summary judgment or, in the alternative, partial summary judgment against Plaintiff ALICE MENDOZA.

The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered, the Court adopted the tentative ruling issued on January 30, 2014 (Docket No. 53) as the Court's final ruling on Defendants' Motion. For the reasons stated in the tentative ruling and reasons stated on the record, per the Civil Minutes issued by the Court on March 10, 2014 (Docket No. 58) prepared as a result of the hearing, the Court also grants the summary adjudication as to the second cause of action.

**IT IS HEREBY ORDERED AND ADJUDGED**:

1. That Defendant ROMAN CATHOLIC ARCHBISHOP OF LOS ANGELES' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment against Plaintiff ALICE MENDOZA is GRANTED;
2. That Plaintiff ALICE MENDOZA take nothing by way of her Complaint,
3. That the action be dismissed on the merits as to this Plaintiff; and
4. That Defendant recover its costs.

DATED: March 21, 2014

_____

THE HONORABLE GEORGE H. WU

United States District Judge